1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   CHARLES BREWER,                          Case No.  2:24-cv-0587-KJM-JDP (P)
12              Petitioner,
13       v.                                   ORDER
14   JEFF MACOMBER,
15              Respondent.
16

17       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas
18   corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as
19   provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.
20       On December 4, 2024, the magistrate judge filed findings and recommendations, which
21   were served on petitioner, and which contained notice to petitioner that any objections to the
22   findings and recommendations were to be filed within fourteen days.  Petitioner has not filed
23   objections to the findings and recommendations.
24       Although it appears from the file that petitioner's copy of the findings and
25   recommendations was returned, petitioner was properly served.  It is the petitioner's
26   responsibility to keep the court apprised of his current address at all times.  Pursuant to Local
27   Rule 182(f), service of documents at the record address of the party is fully effective.
28

                                        1

1        The court has reviewed the file and finds the findings and recommendations to be

2 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3 ORDERED that:

4        1.  The findings and recommendations filed December 4, 2024, are adopted in full;

5        2.  This action is dismissed without prejudice for failure to state a claim, failure to

6 prosecute, and failure to comply with court orders for the reasons set forth in the November 5,

7 2024 order;

8        3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C.

9 § 2253; and

10        4.  The Clerk of Court is directed to close this action.

11 DATED:  February 7, 2025.

12

13

14                                                    UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28